# United States Court of Appeals
## For the First Circuit

No. 21-1363

ROSA LÓPEZ-HERNÁNDEZ,

Plaintiff, Appellant,

v.

TERUMO PUERTO RICO LLC,

Defendant, Appellee,

TERUMO MEDICAL DEVICES COMPANY,

Defendant.

---

**ERRATA SHEET**

The opinion of this Court, issued on March 30, 2023, is amended as follows:

On page 3, line 12, replace the comma with a semicolon

On page 6, line 8, insert commas before and after the local rule citation

On page 6, line 10, delete quotation mark

On page 7, line 10, insert "responses" after "These"

On page 8, line 6, insert a second closing parenthesis

On page 16, line 11, change "m" in "must" to lower case

On page 21, line 15, insert space between "quoting" and "Monteagudo"

On page 21, line 18, replace "appears" with "appear[]"

On page 23, n.4, last line of the note:  delete the extra period